UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>BRITBOX, LLC,<br><br>        Defendant. | Case No. 1:20-cv-06919-AKH<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

      Plaintiff Rothschild Broadcast Distribution Systems, LLC hereby files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Accordingly, Rothschild Broadcast Distribution Systems, LLC hereby voluntarily dismisses this action against Britbox, LLC, Inc. without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs

Dated:  December 18, 2020

KIZZIA JOHNSON PLLC

By:  */s/ Jay Johnson*
      Jay Johnson

1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
Tel.:  (214) 451-0164
Email:  jay@kjpllc.com
*Attorney for Plaintiff*